## Commonwealth *v.* Duffy, Appellant.

Submitted December 6, 1974. *Brian E. Appel,* and *Kleinbard, Bell & Brecker,* for appellant; *Mark C. Stephenson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dunlap, Appellant.

Submitted March 10, 1975. *Clarence B. Turns, Jr.,* Assistant Public Defender, and *Richard D. Walker,* Public Defender, for appellant; *Edwin W. Frese, Jr.,* and *Marion E. MacIntyre,* Deputy District Attorneys, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.